IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LISA MURPHY                                                                                          PLAINTIFF

V.                                         CASE NO. 11-CV-6091

SHERIFF CHAD LEDBETTER;
GEORGE WRIGHT; CORP. LINDA ROWE;
SGT. LINGO; AMY MARTIN; and
BRIAN OREL                                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 29, 2014, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. ECF No. 59. Judge Marschewski recommends that Defendants' Motion for Summary Judgment (ECF No. 48) be granted. Plaintiff has responded with objections, and the Court has reviewed the objections. ECF Nos. 62 and 63. The Court, being well and sufficiently advised, finds that Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation.[1] After reviewing the record *de novo*, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Defendants' Motion for Summary Judgment (ECF No. 48) is **GRANTED**. Plaintiff's official capacity claims are **DISMISSED WITH PREJUDICE**. Plaintiff's claims regarding conditions of confinement, equal protection, and privacy are **DISMISSED WITH PREJUDICE**. Plaintiff's claims relating to the alleged sexual assault and harassment are

---

[1] In her objections, Plaintiff states that "she has no other argument, or evidence at this time, thus, her objections are the very same objections as she presented when she objected to Defendant's Summary Judgment initially." ECF No. 62, p. 2. Plaintiff's objections do not specifically reference any portion of the Report and Recommendation. In fact, Plaintiff simply re-files her response to Defendants' summary judgment motion as her objections to the Report and Recommendation. ECF Nos. 53 and 63. The Report and Recommendation adequately addresses the arguments Plaintiff makes in her response to the summary judgment motion.

**DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a).

      **IT IS SO ORDERED**, this 8th day of September, 2014.

                                                  /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge